

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as next friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado,
Appellant

v.

**LONESTAR RESOURCES, INC.**; Union Pacific Railroad Company; and Ezra Alderman Ranches, Inc.,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The court reporter's notice of late record is noted. We order the reporter's record due **September 16, 2019**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court